# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARLIN GROTIUS,** | NO. CV 10-8777-DSF (MAN) |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND |
| v. | RECOMMENDATIONS OF UNITED STATES |
| **RIVERSIDE COUNTY, et al,** | MAGISTRATE JUDGE |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, defendants' motion to dismiss the Complaint ("Motion"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Verified Opposition to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendations set forth in the Report.

**IT IS ORDERED** that the Motion is GRANTED, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as follows:

(1) Claims One and Two of the Complaint are dismissed with leave to amend;

(2) Claim Three of the Complaint is dismissed without leave to amend; and

(3) Plaintiff is granted leave to file a First Amended Complaint consistent with this Order and the Report.

Plaintiff shall have **thirty (30) days** from the date of this Order within which to file and serve upon counsel for defendants a First Amended Complaint that attempts to cure the defects described in the Report. The First Amended Complaint, if any, shall be complete in itself; it shall not refer in any manner to the original Complaint.

**Plaintiff is explicitly cautioned that failure to timely file a First Amended Complaint may result in a dismissal of this action for failure to prosecute and/or for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

DATED: 6/27/11 .

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE