**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARLIN GROTIUS, | ) NO. CV 10-8777-DSF (MAN) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS |
| RIVERSIDE COUNTY, et al., | ) AND RECOMMENDATIONS OF |
| Defendants. | ) UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, defendants' motion to dismiss the First Amended Complaint ("Motion"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's "Opposition" to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

　　IT IS ORDERED that: (1) the Motion is granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; (2) the First Amended

1 Complaint is dismissed without leave to amend; and (3) Judgment shall
2 enter dismissing this action with prejudice.
3
4     IT IS SO ORDERED.
5         1/9/12
6 DATED: _____.
7
8                           DALE S. FISCHER
9                     UNITED STATES DISTRICT JUDGE

2