UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARLIN GROTIUS, | ) | NO. CV 10-8777-DSF (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| RIVERSIDE COUNTY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: \_\_1/9/12_____.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE